# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

PATRICK ALAN DANIEL,                                                                    PLAINTIFF
ADC #107831

v.                              NO. 3:07CV00159 JLH/HLJ

POINSETT COUNTY
DETENTION CENTER, *et al.*                                                              DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.

IT IS, THEREFORE, ORDERED that defendant Poinsett County Detention Center is hereby dismissed as a party to this action.

SO ORDERED this 14th day of December, 2007.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE