IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PATRICK ALAN DANIEL                                                                PLAINTIFF

v.                                         3:07CV00159HLJ

POINSETT COUNTY DETENTION
CENTER, et al.                                                                    DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 17th day of April, 2008.

_____
United States Magistrate Judge